| | |
|---|---|
| 1 | TREVOR J. HATFIELD, ESQ. |
| 2 | Nevada Bar No. 7373 |
| | **HATFIELD & ASSOCIATES, LTD.** |
| 3 | 703 South Eighth Street |
| | Las Vegas, Nevada 89101 |
| 4 | (702) 388-4469 Tel. |
| | (702) 386-9825 Fax |
| 5 | thatfield@hatfieldlawassociates.com |
| 6 | *Attorney for Plaintiff* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVIE L. GREEN, an individual, | CASE NO: 2:17-cv-01717-APG-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE: JOINT PRETRIAL ORDER** |
| TCB LAS VEGAS, LLC, a Domestic Limited-Liability Company, d/b/a COUNT'S VAMP'D ROCK BAR & GRILL; I through X, inclusive; ROE CORPORATIONS I through X, inclusive, | **(First Request)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED that the Joint Pretrial Order, if necessary, will not be due in this case until 30 days after the date of the Settlement Conference which has been

///

///

///

///

///

///

///

///

///

///

1

ordered by the Court (ECF No. 49).

| HATFIELD & ASSOCIATES, LTD. | BLACK & LOBELLO |
|---|---|
| /s/ Trevor J. Hatfield | /s/ Steven Mack |
| Trevor J. Hatfield, Esq.<br>Nevada Bar No. 7373<br>703 S. Eighth St.<br>Las Vegas, NV 89101<br>(702) 388-4469 Tel.<br>(702) 386-9825 Fax<br>Email: thatfield@hatfieldlawassociates.com<br>*Attorneys for Plaintiff* | Steven Mack, Esq.<br>Nevada Bar No. 4000<br>10777 West Twain Avenue, Suite 300<br>Las Vegas, NV 89135<br>Tel.: (702) 869-8801<br>Fax: (702) 869-2669<br>Email: smack@blacklobello.law<br>*Attorneys for Defendant* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 14, 2019

2

## CERTIFICATE OF SERVICE

I certify that on the 11th day of January 2019, I electronically filed the foregoing **STIPULATION AND ORDER RE: JOINT PRETRIAL ORDER (First Request)** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

DATED:   January 11, 2019

                **HATFIELD & ASSOCIATES, LTD.**

                */s/ Freda P. Brazier*
              By:_____
                An employee of Hatfield & Associates, Ltd.