1 TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
2 **HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
3 Las Vegas, Nevada 89101
(702) 388-4469 Tel.
4 (702) 386-9825 Fax
5 *thatfield@hatfieldlawassociates.com*

6 *Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVIE L. GREEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TCB LAS VEGAS, LLC, a Domestic Limited-Liability Company, d/b/a COUNT'S VAMP'D ROCK BAR & GRILL; I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO: 2:17-cv-01717-APG-PAL<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

      The parties to this litigation, by and through their respective counsel of record, hereby stipulate and respectfully request that the Court enter an order dismissing this action in its entirety, with prejudice, pursuant to FRCP 41.

///

///

///

///

///

///

///

///

The parties agree that each party will bear its own costs and fees.

Dated this 1st day of April 2019.                    Dated this 1st day of April 2019.

HATFIELD & ASSOCIATES, LTD.                          BLACK & LOBELLO

*/s/ Trevor J. Hatfield*                             /s/ *Steven Mack*
_____                      _____
Trevor J. Hatfield, Esq.                             Steven Mack, Esq.
Nevada Bar No. 7373                                  Nevada Bar No. 4000
703 S. Eighth St.                                    10777 West Twain Avenue, Suite 300
Las Vegas, NV 89101                                  Las Vegas, NV 89135
(702) 388-4469 Tel.                                  Tel.: (702) 869-8801
(702) 386-9825 Fax                                   Fax: (702) 869-2669
Email: thatfield@hatfieldlawassociates.com           Email: *smack@blacklobello.law*
*Attorneys for Plaintiff*                            *Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: __April 2, 2019_____