UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 4 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: TCB LAS VEGAS, LLC, dba Count's Vamp'd Rock Bar & Grill.

_____

TCB LAS VEGAS, LLC, dba as Count Vamp'd Rock Bar & Grill,

    Petitioner,

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS,

    Respondent,

DAVID L. GREEN,

    Real Party in Interest.

No. 19-70214

D.C. No. 2:17-cv-01717-APG-PAL
District of Nevada,
Las Vegas

ORDER

Petitioner's motion to dismiss (Docket Entry No. 2) is construed as a motion to withdraw the petition. The petition is withdrawn. *Cf.* Fed. R. App. P. 42(b).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Sarah Milstein
Deputy Clerk
Ninth Circuit Rule 27-7

SM/MOATT